IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRI BRYANT, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 06-558-GPM |
| ILLINOIS DEPARTMENT OF CORRECTIONS, JOHN EVANS, and EARL WILSON, | ) |
| Defendant(s). | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed July 19, 2007, each party to bear their own costs.

Dated: December 6, 2007

NORBERT G. JAWORKSI, Clerk of Court

By: s/ Linda M. Cook
Deputy Clerk

Approved by:

s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**